No. 962. DEERE, ADMINISTRATRIX, *v.* SOUTHERN PACIFIC CO. March 30, 1942. Petition for writ of certiorari

to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Frank C. Hanley* for petitioner. *Messrs. Ben C. Dey, Alfred A. Hampson, C. W. Durbrow,* and *James C. Dezendorf* for respondent.